# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-20419
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 5, 2014

Lyle W. Cayce
Clerk

D.C. Docket No. 4:13-CV-970

CHRISTOPHER ALEXANDER GLOVER,

    Plaintiff - Appellant

MAR 1 2 2014

David J. Bradley, Clerk of Court

v.

ROY JORGENSEN ASSOCIATES, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before REAVLEY, JONES, and PRADO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed as modified.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
          Deputy

New Orleans, Louisiana    2 7 FEB 2014

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
February 5, 2014
Lyle W. Cayce
Clerk

No. 13-20419
Summary Calendar

CHRISTOPHER ALEXANDER GLOVER,

        Plaintiff-Appellant

v.

ROY JORGENSEN ASSOCIATES, INCORPORATED,

        Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-970

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

    The complaint was filed on April 4, 2013. The district court set a conference for July 1, 2013. On that date plaintiff appeared but had not served the defendant. After responding to the court's questions, counsel agreed to dismissal of the case. No error is shown.

    The judgment is affirmed, modified to be without prejudice.

    AFFIRMED AS MODIFIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.